UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR405 CDP |
| ) | |
| JAMAL JESUS JUAN SWAIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the government's motion to continue [#510] is granted and the hearing on Third Party Petitioner Homecomings Financial, LLC's ancillary request to resolve their interest in forfeited property is reset to **Monday, June 15, 2009 at 1:30 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2009.